IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-145-RLV-DCK

| | |
|---|---|
| PRIME WIRE & CABLE, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JOHN & JANE DOES, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Travis W. Vance and J. Michael Honeycutt, concerning Ron Shlomi Brand on January 7, 2016. Mr. Ron Shlomi Brand seeks to appear as counsel *pro hac vice* for Plaintiff Prime Wire & Cable, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. Ron Shlomi Brand is hereby admitted *pro hac vice* to represent Plaintiff Prime Wire & Cable, Inc.

**SO ORDERED**.

Signed: January 7, 2016

David C. Keesler
United States Magistrate Judge