IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-145-RLV-DCK

| PRIME WIRE & CABLE, INC., | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOHN and JANE DOES, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay All Deadlines And Notice Of Settlement" (Document No. 15) filed May 6, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay All Deadlines And Notice Of Settlement" (Document No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** until **June 6, 2016**. The parties shall file a Stipulation of Dismissal, or request an extension of time to file such dismissal, on or before **June 6, 2016**.

Signed: May 6, 2016

David C. Keesler
United States Magistrate Judge